# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JASON J. FALLON | : | |
| | : | |
| v. | : | C.A. No. 07-151A |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the Social Security | : | |
| Administration | : | |

## JUDGMENT

**COURT DECISION:**

**JUDGMENT SHALL ENTER** for the plaintiff, Melissa Faraone, against the defendant, Michael J. Astrue, pursuant to the Court's Memorandum and Order dated January 15, 2008, DENYING the Commissioner's Motion for an Order Affirming the Decision of the Commissioner and GRANTING Plaintiff's Motion to Reverse the Decision of the Commissioner. This case is remanded for further administrative proceedings.

BY:

/s/ Jeannine Noel
JEANNINE NOEL, Deputy Clerk

January 15, 2008